

Wednesday, August 03, 2011

No. 11–0621/AR.   U.S. v. Jared M. Boeh.   CCA 20090764.   Appellee's motion to extend time to file an answer to the supplement to the petition for grant of review granted, up to and including August 31, 2011.